FILED

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0710



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0710

DAVID ALLEN WARD,

      Plaintiff and Appellant,

  v.

SHANELLE J. VAN DYKE,

      Respondent and Appellee.

_____

PHYLLIS WARD,

      Intervenor Plaintiff,

  v.

DAVID ALLEN WARD and
SHANELLE J. VAN DYKE,

      Intervenor Defendants.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: December 6, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court